IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

DEDRIC JAMAR DEAN,           )
                             )
        Plaintiff,           )
                             )      CIVIL ACTION NO.
        v.                   )        1:20cv97-MHT
                             )           (WO)
LISA CAUTHERN,               )
                             )
        Defendant.           )

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate in the Dale County Jail, filed this lawsuit challenging the conditions of confinement there. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of April, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE