IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| DEDRIC JAMAR DEAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:20cv97-MHT |
| ) | (WO) |
| LISA CAUTHERN, ) | |
| ) | |
| Defendant. ) | |

ORDER

On March 31, 2020, the United States Magistrate Judge entered a recommendation that plaintiff's complaint be dismissed due to plaintiff's failure to prosecute this action. *See* Recommendation (Doc. 8). On April 24, 2020, after plaintiff failed to file any objections, the court adopted the recommendation, dismissed the case, and entered final judgment. *See* Opinion and Judgment (Doc. 9 & Doc. 10).

On January 4, 2021, the clerk of court received for filing a document from plaintiff labelled as an objection to the recommendation and a motion to proceed (Doc. 11). The document also contains notice of his change of address. The court understands plaintiff to

ask the court to vacate the final judgment and allow this matter to proceed. Plaintiff, however, has not demonstrated that he is entitled to the reopening of this action or provided the court with any reason for doing so.

Accordingly, it is ORDERED that plaintiff's objection and motion to proceed are together considered a motion to alter, amend, or vacate the judgment (Doc. 11), and said motion is denied. Plaintiff may file new case under 42 U.S.C. § 1983 should he desire to pursue his claims against the defendant.

DONE, this the 4th day of March, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE