IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| DEDRIC JAMAR DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:20cv97-MHT |
| | ) | (WO) |
| LISA CAUTHERN, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On April 24, 2020, the court adopted the United States Magistrate Judge's recommendation that this case be dismissed without prejudice and entered final judgment. See Opinion and Judgment (Doc. 9 & Doc. 10). On May 24, 2021, plaintiff filed a Motion to Re-Open Due to Constitutional Intentional Violation (Doc. 13).

Previously, the court denied a request by plaintiff to vacate the final judgment and allow this matter to proceed finding he failed to demonstrate any basis on which to grant the motion. *See* Order (Doc. 12). Upon review of the pending motion to re-open, the court again finds plaintiff fails to provide any reason which

shows he is entitled to have this case re-opened nor provided the court with any valid basis for doing so.

Accordingly, it is ORDERED that the motion to re-open (Doc. 13) is denied. Plaintiff may file a new § 1983 action if he wishes to pursue his claims against the named defendant or additional defendants.

This case remains closed.

DONE, this the 29th day of June, 2021.

                                  /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**